

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS





Bridgette Allen
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                                    Case No: 1:16-CV-08085
                                       (To be supplied by the Clerk of this Court)

Pivotal Staffing
_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:           AMENDED

X
Disability      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
                **U.S. Code** (state, county, or municipal defendants)

_____         **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
                **28 SECTION 1331 U.S. Code** (federal defendants)

_____         **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: **Bridgette Allen**

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: **PIVOTAL STAFFING**

        Title: _____

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Safer Foundation 16C08086 Pivotal Staffing 16CV08085

B. Approximate date of filing lawsuit: Aug 15, 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Bridgette Allen

D. List all defendants: Safer Foundation, Pivota Staffing

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 

F. Name of judge to whom case was assigned: Judge Rebecca R. Pallmeyer

G. Basic claim made:

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Safer Foundation, refer me to Pivotal Staff, Pivotal Staff, Has a Contact with the City. So what we do is clean Vacant Lot out, Cut Branch, Rake leaves, Weed wack the grass, Put Big Tree Branch in the Alley, in a pile, Cut Trees Down, I wear Safer Foundation Vest, Pivotal Staffing, Give me my check. In Order for me to Work for Safer Foundation, I had to have a Doctor Statement, Stating that I can Work, I'm diagnois with Bipolar, I Take Lithium 300mg, 3 times aday, by it Being So hot I had to keep Drinking water, because this Medicine keeps me Dry. So I let my Supervisor know, July 9, 2016, I work from 6AM - 1PM, about 7AM that morning I Explain To My Supervisor, 8AM I need to go to the bathroom We were on Gladys and Kildare, cleaning out this Vacany Lot, I went to go to the Gas Station

4

Revised 9/2007

On Kostner And Harrison, the gas station atten told me know, Let's Not forget that Area is Drug City, My Supervisor told me that he was not going to leave where we were at to take me to the Bathroom. Buy that TIME I had to really use the bathroom I went behind the Gas Station at 8AM, at 10AM, he still would Not talk me, We were on Maybe Vanburn And Kostner, I walk to Jackson, I have a Grandson, that stay over there, No Answer So I went in a Gangway, Where I Return After Praying, because I was very upset, Humiliate, Scared, Confound, ect, ect, I didn't want to walk off from my Job, I would work 6 days a week, untill (AL) Supervisor Boss walk up on Me. One day at Pivotal Staff, and told me Don't come up here looking to get hours when I go every 5 Minute back and Fourth to the Bathroom, in Front of Supervisors and My Co-Workers that's When I Quit, Couldn't Take No More.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pay Me for the humilite, if this had not Happen I would be still working 6 days a wk Pay my Lawyer fee, and Pay for the Court Cost Even tho I didn't have to Pay, still Pay the Court Cost ect, ect

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Sept_ day of _21_, 20_16_

_Bridgett Allen_
(Signature of plaintiff or plaintiffs)

_Bridgette Allen_
(Print name)

_____
(I.D. Number)

_____
_____
(Address)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Bridgette R. Allen<br>7554 S. Vernon Ave., 1st Floor<br>Chicago, IL 60619 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-05177 | Zachary M. Florent,<br>Investigator | (312) 869-8040 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*     8/1/16

Julianne Bowman,     *(Date Mailed)*
District Director

Enclosures(s)

cc: Victor B. Dickson
Chief Executive Officer
SAFER FOUNDATION
541 W. Jackson Blvd.
Chicago, IL 60661

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2016-05181 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Bridgette R. Allen** | Home Phone (Incl. Area Code)<br>**(773) 977-6431** | Date of Birth<br>**11-26-1963** |
|---|---|---|

Street Address / City, State and ZIP Code
**7554 S. Vernon Ave., 1st Floor, Chicago, IL 60619**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**PIVOTAL STAFFING** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(773) 533-4862** |
|---|---|---|

Street Address / City, State and ZIP Code
**808 South Kedzie Avenue, Chicago, IL 60612**

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: **07-20-2016**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about July 9, 2016. My most recent position was Worker. Respondent was aware of my disability. During my employment, I requested a reasonable accommodation which was not provided. Subsequently, I was constructively discharged.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC
JUL 25 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Jul 25, 2016 — Date — *Bridgette Allen* / Charging Party Signature